Dismissed and Memorandum Opinion filed January 21, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-01042-CV

____________

 

UNITED BANK CARD, INC., Appellant

 

V.

 

UNIVERSAL WEATHER AND AVIATION, INC., Appellee

 



 

On Appeal from the
157th District Court

Harris County,
Texas

Trial Court Cause
No. 2009-07541

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a default judgment signed September 8, 2009. On January 15, 2010,
appellant filed an unopposed motion to dismiss the appeal. See Tex. R.
App. P. 42.1. On January 8, 2010,
the trial court granted appellant’s motion for new trial, rendering this appeal
moot. The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Anderson and Christopher.